UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.    CR 04-326 L |
| ) | |
| v. ) | |
| ) | |
| ) | DETENTION ORDER |
| WILLIAM N. VINNIE, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Count 1:    Conspiracy to Distribute Cocaine and Cocaine Base, in violation of
Title 21, U.S.C., Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) and
846;

Count 2:    Distribution of Cocaine and Cocaine Base, in violation of Title 21,
U.S.C., Sections 841(a)(1) and 841(b)(1)(C);

Count 3:    Distribution of Cocaine, in violation of Title 21, U.S.C., Sections
841(a)(1) and 841(b)(1)(C); and

Count 4:    Distribution of Cocaine Base, in violation of Title 21, U.S.C.,
Sections 841(a)(1) and 841(b)(1)(B).

DETENTION ORDER
PAGE -1-

1  Date of Detention Hearing:   August 11, 2005.

2       The Court, having conducted an uncontested detention hearing pursuant to Title

3  18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

4  detention hereafter set forth, finds that no condition or combination of conditions which the

5  defendant can meet will reasonably assure the appearance of the defendant as required and

6  the safety of any other person and the community.  The Government was represented by

7  Kelly Harris.  The defendant was represented by Michele Shaw.

8       The Government filed Motion for Detention, to which the defendant stipulated.

9  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

10      (1)   There is probable cause to believe the defendant committed the

11             conspiracy drug offense. The maximum penalty is in excess of ten years.

12             There is therefore a rebuttable presumption against the defendant's

13             release based upon both dangerousness and flight risk, under Title 18

14             U.S.C. § 3142(e).

15      (2)   Nothing in this record satisfactorily rebuts the presumption against

16             release for several reasons:

17             (a)   The defendant poses a risk of nonappearance based on his

18                    unknown background information, his unknown ties to this

19                    district, and his outstanding felony warrant.  Moreover, the Court

20                    finds the defendant's history of failing to appear as indicative of

21                    future flight risk.

22             (b)   The nature of the instant offense, combined with the defendant's

23                    criminal history and outstanding felony warrant, defeats any

24                    evidence which may have overcome the presumption against

25                    release.

26             (c)   The defendant stipulated to detention.

DETENTION ORDER
PAGE -2-

(3)     Based upon the foregoing information which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(1)     The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of August, 2005.

_____
Monica J. Benton
United States Magistrate Judge

DETENTION ORDER
PAGE -3-