Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                             )<br>                        Plaintiff,              )<br>                                                             )<br>           v.                                            )<br>                                                             )<br> WILLIAM N. VINNIE, JR.,                 )<br>                                                             )<br>                        Defendant.         )<br> _____) | NO.   CR 04-326L<br><br>ORDER CONTINUING<br>TRIAL DATE |

   This Court having considered the arguments of counsel on October 3, 2005, hereby GRANTS the parties' request for a continuance of the trial date. The continuance is over the objections of the Defendant.

   Defense Counsel explained that, to date, her efforts have been focused on determining Mr. Vinnie's criminal history for the purpose of making a reasoned and informed decision on whether to proceed to trial, or pursue a resolution to this case. Defense Counsel also stated, that due to the difficulty in pursuing an accurate assessment of her client's criminal history, she has not undergone any case investigation, interviewed witnesses, or began other necessary preparation for the trial, currently set for October 17, 2005.  U.S. Probation has agreed to conduct a pre-plea Presentence Investigation for the purpose of determining the Defendant's criminal history, to assist Defense Counsel in advising her client adequately.  Since this process is likely to take two to three weeks,

[PROPOSED] ORDER CONTINUING TRIAL DATE/VINNIE— 1
CR04-326L

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Defense Counsel must have adequate time to prepare for trial if a resolution is not reached.

This Court is granting a continuance of the trial date, over the Defendant's objection, because it is in the Defendant's best interests to have the advice of fully informed counsel, to determine a prudent course of action. More significantly, if the decision to proceed to trial is made, Defense Counsel will require additional time to adequately and competently prepare for trial. A continuance of the trial date serves both of these interests.

It is in the interest of the public to ensure the accused adequate, effective, and continued representation by counsel presently assigned. This Court finds that, for the above reasons, the ends of justice served by granting a continuance, is clearly in the best interests of the Defendant, and outweighs any interest of the public or the Defendant in a speedy trial.

The parties motion for continuance is GRANTED. Trial is reset for December 12, 2005. The new motions deadline is November 4, 2005. The Court will issue new dates for the filing of trial paperwork, and for the pre-trial conference.

The time from the filing of this order, through the new trial date shall be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).

Dated this 4th day of October, 2005.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER CONTINUING TRIAL DATE/VINNIE— 2
CR04-326L

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970