Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                )<br>                              Plaintiff,           )<br>                                                                )<br>                    v.                                         )<br>                                                                )<br>                                                                )<br>WILLIAM N. VINNIE, JR.,                        )<br>                                                                )<br>                              Defendants.    )<br>_____) | NO.   CR 04-326L<br><br>ORDER<br>CONTINUING TRIAL DATE |

    This Court having considered the joint motion and stipulation of the parties filed on December 6, 2005, hereby GRANTS the parties' request for a continuance of the trial date. It should be noted that the Defendant signed a speedy trial waiver, as he does not object to this continuance.

    Defense Counsel explained that, to date, her efforts have been focused on determining Mr. Vinnie's criminal history for the purpose of making a reasoned and informed decision on whether to proceed to trial, or pursue a resolution to this case. Defense Counsel also stated, that due to the difficulty in pursuing an accurate assessment of her client's criminal history, she has not undergone any case investigation, interviewed witnesses, or began other necessary preparation for the trial, currently set for December 12, 2005. U.S. Probation conducted a pre-plea Presentence Investigation for the purpose of determining the Defendant's criminal history, to assist Defense Counsel in advising her client adequately. While the investigation has been completed, neither party has been

1  presented with a written Presentence Report for review.  Both parties need an opportunity
2  to view this report to reach a resolution in this case. Since this process is likely to take
3  one to two weeks, Defense Counsel must have adequate time to prepare for trial if a
4  resolution is not reached.
5       This Court is granting a continuance of the trial date, because it is in the
6  Defendant's best interests to have the advice of fully informed counsel, to determine a
7  prudent course of action.  More significantly, if the decision to proceed to trial is made,
8  Defense Counsel will require additional time to adequately and competently prepare for
9  trial.  A continuance of the trial date serves both of these interests.
10      It is in the interest of the public to ensure the accused adequate, effective, and
11 continued representation by counsel presently assigned.  This Court finds that, for the
12 above reasons, the ends of justice served by granting a continuance, is clearly in the best
13 interests of the Defendant, and outweighs any interest of the public or the Defendant in a
14 speedy trial.
15      The parties motion for continuance is GRANTED.  Trial is reset for January 30,
16 2006.  The new motions deadline is December 29, 2005.
17      The time from the filing of this order, through the new trial date shall be
18 excludable under the Speedy Trial Act, Title 18, United States Code, Section
19 3161(h)(8)(A).
20
      Dated this 7th day of December, 2005.
21
22
23                                      /s/ Robert S. Lasnik
                                        Robert S. Lasnik
24                                      United States District Judge
25
   Presented by:
26
27
28

[PROPOSED] ORDER CONTINUING TRIAL DATE — 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1
2  _____
   KELLY L. HARRIS
3  Assistant United States Attorney
   United States Attorney's Office
4  700 Stewart Street, Suite 5220
   Seattle, WA 98101-3903
5  Telephone: (206) 553-7970
6  Fax: (206) 553-0755
7  E-mail: Kelly.L.Harris@usdoj.gov

8

9

10 _____
   MICHELLE SHAW
11 Attorney for Defendant
   Seattle, WA 98101
12 Telephone: (206) 448-9612
13 Facsimile: (206) 448-2252

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING TRIAL DATE — 3